No. 14,306.

THE POLICE JURY OF THE PARISH OF AVOYELLES VS. THE CORPORATION OF MARKSVILLE.

SYLLABUS.

If a parish holds an election to take the sense of the voters therein on the question of granting or withholding licenses to sell intoxicating liquors, and the vote is in favor of prohibition, it is binding upon the incorporated towns in the parish for twelve months; and if, before the twelve months expire, the parish holds another election, and the vote is again in favor of prohibition, it continues to bind the towns, notwithstanding the latter, meanwhile, may have voted in favor of liquor selling.

A PPEAL from the Fourteenth Judicial District, Parish of Avoyelles —*Couvillon, J.*

---

*Joseph Clifton Cappel* and *E. J. Joffron,* for Plaintiff, Appellant.

---

*Tucker Horace Couvillon,* for Defendant, Appellee.

---

The opinion of the Court was delivered by

BLANCHARD, J. The cause of action herein is identical with that set forth in plaintiff's petition in the case entitled The Police Jury of the Parish of Avoyelles vs. The Corporation of Mansura, No. 14,323 of the docket of this Court, a decision in which, favorable to plaintiff, is this day handed down.

Here, an exception of no cause of action was sustained by the trial Judge and the suit dismissed.

The opinion of this Court in the case mentioned above negatives the conclusions of law thus arrived at, and for the reasons there assigned the judgment herein must be reversed and the cause remanded.

It is, therefore, ordered that the judgment appealed from be annulled, avoided and reversed, and it is now adjudged and decreed that this cause be remanded with instructions to reinstate the same on the docket of the court *a qua* for further proceedings according to law, costs of appeal and those of the lower court pertaining to the exception filed, and trial thereof, be borne by defendant and appellee.

BREAUX and MONROE, JJ., dissent.